IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING
ENGINEERS LOCAL 520 PENSION
FUND, et al.,

       Plaintiffs,                    Case No. 3:13-cv-00028-DRH-SCW

v.

A & K RENTALS, LLC,

       Defendant.

## ORDER FOR DEFAULT JUDGMENT

**HERNDON, Chief Judge:**

This matter is before the Court on plaintiff's motion for default judgment. Having been fully reviewed by the Court, and default having been entered against defendant, the motion is **GRANTED**. Judgment is entered in favor of plaintiffs and against defendant A & K Rentals, LLC, in the total amount of $31,873.69, consisting of $27,586.11 in contributions and union dues based on reports submitted by defendant without payment for the period of January 2012 through January 2013; $2,958.62 in liquidated damages on the unpaid contributions for January 2012 through January 2013; $819.00 in attorneys' fees and $509.96 in court costs.

      **IT IS SO ORDERED.**

      Signed this 20th day of June, 2013.

David R. Herndon
2013.06.20
11:46:03 -05'00'

                                            **Chief Judge**
                                            **United States District Court**