IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING
ENGINEERS LOCAL 520 PENSION
FUND, et al.,

Plaintiffs/Judgment Creditors,     No. 3:13-cv-00028 DRH-SCW

v.

Return Date:  September 11, 2013

A & K RENTALS, LLC,

Defendant/Judgment Debtor.

## PAY-OUT ORDER

Pursuant to the garnishment payment made by garnishee The Village Bank in the amount of $8,887.02, the Clerk is directed to issue payment to plaintiffs/judgment creditors from the registry of the Court in the amount of $8,887.02, payable to the order of "Employers and Operating Engineers Local 520 Benefit Funds" and sent in care of plaintiffs/judgment creditors' counsel, Greg A. Campbell, Hammond and Shinners, P.C., 7730 Carondelet Avenue, Suite 200, St. Louis, Missouri 63105.

**IT IS SO ORDERED.**

Signed this 27th day of August, 2013.

David R. Herndon
2013.08.27
17:28:17
-05'00'

**Chief Judge**
**United States District Court**